[L. A. No. 5974.   In Bank.—December 27, 1918.]

CITY OF SANTA MONICA (a Municipal Corporation), et al., Petitioners, v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA et al., Respondents.

[L. A. No. 5975.   In Bank.—December 27, 1918.]

CITY OF PASADENA (a Municipal Corporation), et al., Petitioners, v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA et al., Respondents.

RAILROAD COMMISSION—REVIEW OF ORDERS RAISING PASSENGER RATES—FACTS SHOWING CONFISCATION OF PROPERTY ESSENTIAL.—Orders of the Railroad Commission raising certain rates or charges for the transportation of passengers by an electric railway company will not be reviewed where the petitions fail to allege facts showing any "confiscation of property" within the meaning of section 20 of article XII of the constitution.

APPLICATIONS for a Writ of Review originally made to the Supreme Court to annul certain orders of the Railroad Commission.   Applications denied.

The facts are stated in the opinion of the court.

. Victor R. Lucas, for Petitioner City of Santa Monica.

Rush M. Blodget, for Petitioner City of Venice.

John Munger and William Hazlett, for Petitioner City of Pasadena.

Alfred Barstow, for Petitioner City of Alhambra.

THE COURT.—By these proceedings it is sought to review certain orders of the Railroad Commission raising certain rates or charges for the transportation of passengers by the Pacific Electric Railway Company. Section 20 of article XII of the constitution provides that in such matters ''the decision of the said commission . . . shall not be subject to review by any court except upon the question whether such decision of the commission will result in confiscation of property.''

We are satisfied that the petitions filed herein do not allege facts showing any ''confiscation of property'' within the meaning of this constitutional provision.

The applications are denied.